# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BENCHMARK RESOURCES CORPORATION,** *
**a Colorado Corporation; GENTRY**
**CORPORATION, a Colorado Corporation,** *

Plaintiffs, *

v. * No. 03-178L

**THE UNITED STATES,** * (Filed Aug. 30, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs' responses to defendant's proposed findings filed on August 29, 2006, are not in conformance with RCFC 56(h)(2). Accordingly,

**IT IS ORDERED**, as follows:

Plaintiffs shall refile and serve on defendant their responses in the correct format as soon as practicable.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge