**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BENCHMARK RESOURCES CORPORATION, GENTRY CORPORATION, and SUNRISE HOLDING, INC., | ) | No. 03-178L |
| Plaintiffs, | ) | Honorable Christine Odell Cook Miller |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF ERRATA RE: PLAINTIFFS' RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (AMENDED)**

Plaintiffs advise the Court and Defendant that there is a typographical error in Plaintiffs' Response to the Proposed Findings of Uncontroverted Fact submitted by Defendant in Support of its Motion for Summary Judgment. Specifically, Paragraph 9 incorrectly recites that "Defendants own the mineral rights in the Mineral Property. . . ." This sentence should, of course, instead read that "**Plaintiffs** own the mineral rights in the Mineral Property. . . ." Plaintiffs respectfully request that the above-referenced Response be amended accordingly.

RESPECTFULLY SUBMITTED this 25th day of September, 2006.

**BENCHMARK RESOURCES CORPORATION,**
**GENTRY CORPORATION & SUNRISE HOLDING, INC.**

By: s/ James N. MacKinlay
James N. MacKinlay
1019 South Stapley
Mesa, Arizona 85204
Phone: (480) 898-9239
Fax: (480) 833-2175
Attorney of Record for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of September, 2006, a true and correct copy of Notice of Errata re: Plaintiffs' Response to Defendant's Proposed Findings of Uncontroverted Fact in Support of its Motion for Summary Judgment, was served via first class mail, postage prepaid, on Defendant's counsel of record:

James D. Gette
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044

s/ James N. MacKinlay
James N. MacKinlay