IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BENCHMARK RESOURCES CORPORATION, a Colorado corporation; et al., Plaintiffs, | ) |
| vs. | ) No. 03-178L |
| UNITED STATES, Defendant. | ) |

**DEPOSITION OF DAROLD PROCTOR**
Phoenix, Arizona
February 13, 2006
10:08 a.m.

PREPARED FOR:
Elsie Kappler
(Copy)

PREPARED BY:
George B. Finn III, RPR, CR
AZ Certified Reporter No. 50330

driver and nix
COURT REPORTERS

365 E. CORONADO ROAD, SUITE 150
PHOENIX, ARIZONA 85004
(602) 266-6525
FAX (602) 266-4303
1-800-488-DEPO (3376)
www.drivernix.com

couldn't sustain the litigation, or they gave it up, one of the two. Anyway, they got out, they quit.

Q. But you can't remember any of those allegations?

A. No, I can't remember the specific allegations.

Q. How about the broad allegations, not the specific ones, what the gist of the case was?

A. They were just -- well, mainly the problem, one of the problems was the shareholders, when the oil started down, they had to blame somebody, but I don't remember. I just can't recall it, Elsie, I'm sorry.

Q. So let's just back up and maybe you can refresh my memory on how you got involved in the oil and gas market generally.

A. How what?

Q. You got involved in the oil and gas, how you became involved in that with no background whatsoever in it.

A. Well, you don't have to have a background to get involved, Elsie.

Q. No, I understand. I'm asking how you got involved.

A. Well, I just had an interest in it.

Q. Did you have any education or background at all in oil and gas?

A. No, I haven't.

Q. Did you have any background in engineering?

A. No.

Q. What about other mineral interests, coal, did you have any background at all in that?

A. No.

Q. I'd like to go to Benchmark's tax returns that we have marked as Exhibit 12.

Mr. Proctor, have tax returns been filed for each and every year of Benchmark's existence?

A. As far as I know.

Q. Now, let me just ask a basic question. If you could turn, for instance, to the return for 1989, looks like it's about halfway through this bundle.

MR. MacKINLAY: You want to just show him yours?

Q. BY MS. KAPPLER: You will note on the face sheet this document was filed in 1997.

A. It was what now?

Q. Filed in 1997. And I'll represent to you that that's true for many of the tax returns here, in 1988 --

A. I don't recall what was going on.

Q. You don't know why Benchmark didn't report or file taxes for years and years?

Here's the 1986 tax return filed in 1997.

A. I can't recall what happened there.