# MARCUS A. WILEY, P.E.
# MINING ENGINEER

## SUMMARY OF QUALIFICATIONS:

A registered professional engineer with extensive experience in mine engineering and management. Prior to starting the consulting firm of Wiley Engineering, Inc. in 1981, worked for Consolidation Coal Company in progressively responsible engineering and management roles covering many phases of mine exploration, planning, permitting, supervision and construction for operations located in four major coal fields in the United States. Served as President of Ranchers Coal, Inc., an independent Oklahoma coal company. Special abilities in management of mining projects from inception to completion. As president of Mid-America Mining & Development, Inc. supervised in the development of an underground coal mine in Arkansas. As a mining consultant for over 25 years, has provided the mining industry with mine planning, economic evaluations, project management, feasibility studies, due diligence analysis, geologic mapping, reserve studies, litigation support, contract mining and reclamation, EPC (engineering, procurement and construction) contracts, and other professional mining related services. The company name: Wiley Engineering, Inc. was changed to Wiley Consulting, LLC in 2001. Currently instructing and pursuing a PhD at Colorado School of Mines.

## EXPERIENCE HIGHLIGHTS

**WILEY CONSULTING, LLC** – Englewood, Colorado

**Manager**

December 2001 to present – restructured Wiley Engineering, Inc. from a corporation to a limited liability company to continue the consulting practice of Marcus A. Wiley, Professional Engineer.

**COLORADO SCHOOL OF MINES** – Golden, Colorado

**Instructor**

Teach two spring semester classes: Coal Mining Methods 2003, 2004, 2005 and 2006; Mine Valuation 2004 and 2005.

**MADISON COAL, LLC** – Ashland, Kentucky

**General Manager 2005, part owner currently**

Acquired an interest in a small West Virginia underground coal mine operation. Provided overall company management until hiring full time manager. Company is expanding through acquisition of operating mines and development of properties.

**WILEY ENGINEERING, INC.** - Englewood, Colorado

**President/Owner**

1988 to December 2001 – 1988 relocated to Englewood, CO.
Changed name in 2001
1983 to 1988 – offices in Tulsa, Oklahoma
October 1981 to 1983 – started firm in Farmington, New Mexico

Provides professional engineering services for various companies and individuals, including coal property evaluation, economic feasibility, land acquisition, permitting, coal mine design and development, reserve analysis, equipment selection, contract mining, litigation support, expert witness

testimony and representation of clients before various governmental agencies and third parties. Engineering design, procurement and construction of mining related facilities including a section 29 coal tax credit facility.

**MID-AMERICA MINING & DEVELOPMENT, INC.**

**President, majority owner**

1990 to 2000 – Sold ownership in company December 2000

**Vice-President, part owner**

1987 to 1990 – Founder and part owner

Mid-America Mining & Development, Inc., was formed to provide coal mine exploration, engineering, mine planning, design, financing, permitting and management for a greenfields surface and underground mine located in southwest Arkansas. Operated surface mine on property and used contract miner for underground operations.

**RANCHERS COAL COMPANY** - Miami, Oklahoma

1983 to 1985

**President, part owner**

Managed an investor group acquisition of a small privately owned coal surface mining company and supervised a four fold increase of production within one year. Owned 25% of company. As president had overall responsibility for financing, marketing, lease acquisition, geology, engineering, permitting, reclamation, safety, operations, transportation and public relations. Developed a reputation for excellent reclamation and engineering expertise. Won a reclamation award from the Office of Surface Mining for superior reclamation of contour stripping surface mine. Sold interest in mine and moved back to full time consulting in 1985.

**CONSOLIDATION COAL COMPANY** - Pittsburgh, Pennsylvania

May 1971 to October1981

A Dupont/Conoco subsidiary, the second largest coal producer in the United States with annual production in excess of 40 million tons at time of employment.

**Project Manager/Mine Superintendent** - Burnham Mine, New Mexico

1978 to 1981

Project management and overall supervision for exploration, permitting, engineering, construction, litigation, public relations and operations of new mine on the Navajo Indian Reservation.

**Mine Superintendent** - Farmington, New Mexico

1977 to 1978

Mine planning and development, equipment selection, permitting and employee selection.

**Senior Mine Engineer** - Denver, Colorado

1976 to 1977

Supervision of regional engineering staff including exploration and development engineering.

**CONSOLIDATION COAL COMPANY - continued**

**Project Engineer** - Billings, Montana
1975 to 1976
Mine planning, mine economics, development and field exploration of properties in Montana and Wyoming.

**Maintenance Superintendent** - Sparta, Illinois
1974 to 1975
In charge of all maintenance, both electrical and mechanical, at 2 mm tons per year surface mine.

**Mine Foreman, Maintenance Foreman and Maintenance Superintendent** – Duquoin, Illinois
1973 to 1974
As mine foreman, in charge of production on shift for surface mine, transferred to maintenance shift foreman, and later promoted to superintendent in charge of shop and field maintenance.

**Mining Engineer** - Cadiz, Ohio
1972 to 1973
Mine planning and geological mapping at the regional office for nine surface mines totaling over 5 mm tons per year of production.

**Summer Mine Engineer** - Price Utah
Summer, 1971
Underground mine mapping and geologic mapping from exploration data at an exploration office. Took leave of absence to finish final year of college.

**CLIMAX MOLYBDENUM, INC.** - Climax, Colorado
Summer 1970

**Underground Laborer**
Worked as an underground mine laborer on a development crew drilling and blasting haulage ways and stopes.

**EDUCATION**

PhD in progress in Mining Engineering with a minor in Mineral Economics
Colorado School of Mines, Golden, Colorado. Full time student, courses finished, research and thesis in progress, plan to graduate May 2007
Bachelor of Science in Mining Engineering - New Mexico Institute of Mining and Technology, Socorro, New Mexico, May 1972
Economic Evaluation and Investment Decision Methods – Colorado School of Mines, Golden, Colorado 1977 & 1990
Drilling and Blasting Technology Seminar - Reed Tool Company. Houston, Texas, 1976

**PROFESSIONAL**

Professional Engineer - Colorado,
Past registration in New Mexico and Oklahoma, currently inactive
Engineering in Training - Illinois
Surface Mine Supervisor - State of Oklahoma Mining Board
Surface Mine Supervisor - State of Arkansas Department of Labor
Patents – Co-author of 2 patents:
US Patent No. 6,460,936 *Borehole Mining Tool*
Issued: October 8, 2002
US Patent No. 6,688,702 *Borehole Mining Method*
Issued: Feb. 10, 2004
Co-author of provisional patent:
US Patent No. 60/791,401 *Select Synthesis Gas Generation Apparatus and Method*
Issued: April 11, 2006

Current Member or Past Member;
Colorado Mining Association
Colorado Society of Professional Engineers
Professional Engineers in Private Practice
National Society of Professional Engineers
Oklahoma Society of Professional Engineers
Society of Mining Engineers of American Institute of Mining Engineers
Member, President, Director of Denver Coal Club
President of Student Chapter SME
New Mexico Mining Association
Chamber of Commerce, Farmington, New Mexico - Served on energy and transportation committee

**PUBLICATIONS**

Co-author with Grigori Abramov. "Borehole mining – environmentally friendly, underused"
Published in *Mining Engineering*, April 2001, page 33.
Co-author with Grigori Abramov. "Borehole mining: getting more versatile"
Published in *Mining Engineering*, January 2004, page 36
Chapter editor –*Mining Reference Handbook* published by SME 2002
Chapter 7 – Sampling and Analysis
Chapter 8 - Economics and Costing
Chapter 21 – Maintenance and Inventory
Note: This book is now in its second printing and has been the most successful book ever printed by SME and was honored in 2004 as an "Outstanding Academic Title" by the Association of College Research Libraries, a Division of the American Library Association. This book was selected out of 6,847 books reviewed and over 23,000 titles considered.

Currently working with SME on the new third edition of *SME Mining Engineering Handbook* , planned for publication in 2010