


N

**NOTE:**
Electronic copy of Geologic Interpretation
Dated 12/81 Provided by:

Mineral Associates, Inc.
Art Thompson, P.E.
to
Benchmark Resources, Corp.

RockCreek WaterShed
Wharton Property Line

**WILEY**
CONSULTING, LLC

P.O. Box 4027
Englewood, CO
80155-4027

www.wileyconsulting.net

**Benchmark Resources Corp.**
**P.O. Box 5611**
**Carefree, AZ 85377**

## General Location Map
## Wharton Property

| | |
|---|---|
| **Horizontal Scale:** 1" = 5000' | |
| **Date:** 4/05/2006 | **Designed:** KW |
| **Revision:** | **Drawn:** KW |
| **Sheet:** 1 of 1 | **File:** ..\Wharton\..\Main_Map.dwg |


N
NOTE:
Electronic copy of Geologic Interpretation
Dated 12/81 Provided by:
Mineral Associates, Inc
Art Thompson, P.E.
to
Benchmark Resources, Corp.
Lantana Seams
Wharton Property
RockCreek WaterShed
Wharton Property Line
Surface Reserves Inside RCWS
Surface Reserves Outside of RCWS
Deep Mine Reserve
Possible Deep Reserve
0 1500 3000 4500
WILEY CONSULTING, LLC
P.O. Box 4027
Englewood, CO
80155-4027
www.wileyconsulting.net
Benchmark Resources Corp.
P.O. Box 5611
Carefree, AZ 85377
Lantana Seam
Wharton Property
Horizontal Scale: 1" = 5000'
Date: 4/05/2006
Designed: KW
Revision:
Drawn: KW
Sheet: 1 of 1
File: ..\Wharton\..\Main_Map.dwg




**NOTE:**
Electronic copy of Geologic Interpretation
Dated 12/81 Provided by:
Mineral Associates, Inc.
Art Thompson, P.E.
to
Benchmark Resources, Corp.

**Morgan Springs & Richey Ridge Seams Wharton Property**

- RockCreek WaterShed
- Wharton Property Line
- Surface Reserves Inside RCWS
- Surface Reserves Outside of RCWS
- Underground Reserves Inside of RCWS
- Underground Reserves Outside of RCWS

WILEY CONSULTING, LLC
P.O. Box 4027
Englewood, CO
80155-4027
www.wileyconsulting.net

**Benchmark Resources Corp.**
**P.O. Box 5611**
**Carefree, AZ 85377**

**Morgan Springs & Richey Ridge Seams Wharton Property**

**Horizontal Scale:** 1" = 5000'
**Date:** 4/05/2006
**Designed:** KW
**Revision:**
**Drawn:** KW
**Sheet:** 1 of 1
**File:** ..\Wharton\..\Main_Map.dwg