
N
NOTE:
Electronic copy of Geologic Interpretation
Dated 12/81 Provided by:
Mineral Associates, Inc
Art Thompson, P.E.
to
Benchmark Resources, Corp.
Nelson Seam
Wharton Property
RockCreek WaterShed
Wharton Property Line
Surface Reserves Inside RCWS
Surface Reserves Outside of RCWS
Underground Reserves Inside of RCWS
Underground Reserves Outside of RCWS
Possible Reserves Inside RCWS
Possible Reserves Outside of RCWS
0
3000
1500
4500
Ne1
Ne3c
Ne3b
Ne2a
Ne2b
Ne2j
Ne2k
Ne2h
Ne2d
Ne5a
Ne5b
Ne6
Ne4
Ne2f
Ne2i
Ne2e
Ne3a
Ne7
Ne9
Ne8
Ne10
Ne11
Ne2g
-28"
+28
-18"
+18-24"
28"
+40"
Benchmark Resources Corp.
P.O. Box 5611
Carefree, AZ 85377
WILEY CONSULTING, LLC
P.O. Box 4027
Englewood, CO
80155-4027
www.wileyconsulting.net
Nelson Seam
Wharton Property
Horizontal Scale: 1" = 5000'
Date: 4/05/2006
Designed: KW
Revision:
Drawn: KW
Sheet: 1 of 1
File: ..\Wharton\..\Main_Map.dwg




**NOTE:**
Electronic copy of Geologic Interpretation
Dated 12/81 Provided by:

Mineral Associates, Inc
Art Thompson, P.E.
to
Benchmark Resources, Corp.

**Richland Seam**
**Wharton Property**

- RockCreek WaterShed
- Wharton Property Line
- Surface Reserves Inside RCWS
- Surface Reserves Outside of RCWS
- Underground Reserves Inside of RCWS
- Underground Reserves Outside of RCWS
- Possible Deep Area

WILEY CONSULTING, LLC
P.O. Box 4027
Englewood, CO
80155-4027
www.wileyconsulting.net

**Benchmark Resources Corp.**
P.O. Box 5611
Carefree, AZ 85377

## Richland Seam Wharton Property

| | |
|---|---|
| **Horizontal Scale:** 1" = 5000' | |
| **Date:** 4/05/2006 | **Designed:** KW |
| **Revision:** | **Drawn:** KW |
| **Sheet:** 1 of 1 | **File:** ..\Wharton\..\Main_Map.dwg |


N
NOTE:
Electronic copy of Geologic Interpretation
Dated 12/81 Provided by:
Mineral Associates, Inc
Art Thompson, P.E.
to
Benchmark Resources, Corp.
Sewanee Seam
Wharton Property
RockCreek WaterShed
Wharton Property Line
Surface Reserves Inside RCWS
Surface Reserves Outside of RCWS
Reserves inside RCWS and out of Wharton Property
0
3000
1500
4500
Se2d
Se2c
Se2a
Se2b
Se3
Se5
Se4
Se6a
Se6b
Se6c
Se1
WILEY CONSULTING, LLC
P.O. Box 4027
Englewood, CO
80155-4027
www.wileyconsulting.net
Benchmark Resources Corp.
P.O. Box 5611
Carefree, AZ 85377
Sewanee Seam
Wharton Property
Horizontal Scale: 1" = 5000'
Date: 4/05/2006
Designed: KW
Revision:
Drawn: KW
Sheet: 1 of 1
File: ..\Wharton\..\Main_Map.dwg