# Wharton Property
## Sale Creek, TN

Assumption for In-place Coal Density: 80 lbs/cu-ft

Recovery assumptions: Surface 90%, Underground 50%

Rock Creek Watershed Boundary: 1,007,009,857 sq. feet; 23,118 Acres

After Removal of the Watershed The following areas are still viable for permiting and mining

### Morgan Springs & Richey Ridge Seams

| Map | Area (sq feet) | | Area (acres) | | Coal | In-Place Resources (tons) | | Recoverable Reserves (tons) | | Recoverable Coal Contained within Rock Creek Watershed Boundary (tons) | | Mineable Reserves Remaining After Watershed Removal (tons) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Surface | Underground | Surface | Underground | Thickness | Surface | Underground | Surface | Underground | Surface | Underground | Surface | Underground |
| Mo1 | 1,365,737 | | 31 | | 1.0 | 54,629 | | 49,167 | | | | 49,167 | |
| Mo2 | 2,411,241 | | 55 | | 1.0 | 96,450 | | 86,805 | | | | 86,805 | |
| Mo3 | 1,746,732 | | 40 | | 1.0 | 69,869 | | 62,882 | | | | 62,882 | |
| Mo4 | 571,152 | | 13 | | 2.0 | 45,692 | | 41,123 | | | | 41,123 | |
| Mo5a | 65,945 | | 2 | | 2.0 | out side of property | | | | | | | |
| Mo5b | 754,160 | | 17 | | 2.0 | 60,333 | | 54,300 | | | | 54,300 | |
| Mo6 | 122,409 | | 3 | | 2.0 | 9,793 | | 8,813 | | | | 8,813 | |
| Mo7 | 232,924 | | 5 | | 2.0 | 18,634 | | 16,771 | | | | 16,771 | |
| Mo8 | 2,928,460 | | 67 | | 2.0 | 234,277 | | 210,849 | | | | 210,849 | |
| Mo9 | 8,173,229 | | 188 | | 2.5 | 817,323 | | 735,591 | | | | 735,591 | |
| Mo10 | 2,693,013 | | 62 | | 1.0 | 107,721 | | 96,948 | | | | 96,948 | |
| Mo11a | 415,558 | | 10 | | 3.0 | 49,867 | | 44,880 | | | | 44,880 | |
| Mo11b | 528,354 | | 12 | | 3.0 | 63,402 | | 57,062 | | 57,062 | | | |
| Mo12a | 88,606 | | 2 | | 2.0 | 7,088 | | 6,380 | | | | | |
| Mo12b | 2,367,073 | | 54 | | 2.0 | 189,366 | | 170,429 | | 170,429 | | | |
| Mo13 | 2,466,129 | | 57 | | 2.0 | 197,290 | | 177,561 | | 177,561 | | | |
| Mo14 | 729,068 | | 17 | | 2.0 | 58,325 | | 52,493 | | 52,493 | | | |
| Mo15 | 2,007,553 | | 46 | | 2.0 | 160,604 | | 144,544 | | 144,544 | | | |
| Mo16 | 2,017,626 | | 46 | | 2.0 | 161,410 | | 145,269 | | 145,269 | | | |
| Mo17 | 1,851,998 | | 43 | | 2.0 | 148,160 | | 133,344 | | 133,344 | | | |
| Mo18 | 2,659,313 | | 61 | | 2.0 | 212,745 | | 191,471 | | 191,471 | | | |
| Mo19 | 1,816,557 | | 42 | | 2.5 | 181,656 | | 163,490 | | 163,490 | | | |
| Mo20 | 1,885,118 | | 43 | | 1.5 | 113,107 | | 101,796 | | 101,796 | | | |
| Mo21 | 1,714,150 | | 39 | | 2.5 | 171,415 | | 154,274 | | 154,274 | | | |
| Mo22a | 2,690,544 | | 62 | | 0.8 | 89,685 | | 80,716 | | 80,716 | | | |
| Mo22b | 1,226,617 | | 28 | | 2.0 | 98,129 | | 88,316 | | | | 88,316 | |
| Mo23 | 2,283,966 | | 52 | | 1.5 | 137,038 | | 123,334 | | | | 123,334 | |
| Mo24 | 1,228,996 | | 28 | | 2.0 | 98,320 | | 88,488 | | | | 88,488 | |
| Mo25a | 942,647 | | 22 | | 2.5 | 94,265 | | 84,838 | | 84,838 | | | |
| Mo25b | 10,389,040 | | 238 | | 1.8 | 761,863 | | 685,677 | | | | 685,677 | |
| Mo26a | 2,854,209 | | 66 | | 1.5 | 171,253 | | 154,127 | | 154,127 | | | |
| Mo26b | 447,295 | | 10 | | 1.5 | 26,838 | | 24,154 | | | | 24,154 | |
| Mo27 | | 12,487,790 | | 287 | 3.0 | | 1,498,535 | | 749,267 | | 749,267 | | |
| Mo28 | | 14,499,695 | | 333 | 3.0 | | 1,739,963 | | 869,982 | | | | 869,982 |
| Mo29 | | 15,449,402 | | 355 | 3.0 | | 1,853,928 | | 926,964 | | | | 926,964 |
| **Total Morgan Springs & Richey Ridge** | | | **1,462** | **974** | | **4,706,546** | **5,092,426** | **4,235,892** | **2,546,213** | **1,811,415** | **749,267** | **2,418,097** | **1,796,946** |

# Wharton Property

## Sale Creek, TN

### Lantana Seam

| Map | Area (sq feet) | | Area (acres) | | Coal | In-Place Resources (tons) | | Recoverable Reserves (tons) | | Rock Creek Watershed Boundary (tons) | | After Watershed Removal (tons) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Surface | Underground | Surface | Underground | Thickness | Surface | Underground | Surface | Underground | Surface | Underground | Surface | Underground |
| La1 | 336,649 | | 8 | | 1.0 | 13,466 | | 12,119 | | | | 12,119 | |
| La2 | 1,163,930 | | 27 | | 1.0 | 46,557 | | 41,901 | | | | 41,901 | |
| La3 | 1,799,298 | | 41 | | 1.0 | 71,972 | | 64,775 | | | | 64,775 | |
| La4a | 1,633,979 | | 38 | | 1.0 | 65,359 | | 58,823 | | | | 58,823 | |
| La4b | 336,709 | | 8 | | 1.0 | out side of property | | | | | | | |
| La5 | 1,175,065 | | 27 | | 1.0 | 47,003 | | 42,302 | | | | 42,302 | |
| La6 | 982,466 | | 23 | | 2.0 | 78,597 | | 70,738 | | 70,738 | | | |
| La7 | 666,038 | | 15 | | 2.0 | 53,283 | | 47,955 | | 47,955 | | | |
| La8 | 1,426,386 | | 33 | | 1.5 | 85,583 | | 77,025 | | 77,025 | | | |
| La9 | 2,928,765 | | 67 | | 1.5 | 175,726 | | 158,153 | | 158,153 | | | |
| La10 | 869,045 | | 20 | | 1.5 | 52,143 | | 46,928 | | 46,928 | | | |
| La11 | 1,306,881 | | 30 | | 1.5 | 78,413 | | 70,572 | | 70,572 | | | |
| La12 | 533,038 | | 12 | | 1.5 | 31,982 | | 28,784 | | 28,784 | | | |
| La13 | 1,011,861 | | 23 | | 1.5 | 60,712 | | 54,640 | | 54,640 | | | |
| La14 | 896,105 | | 21 | | 2.0 | 71,688 | | 64,520 | | 64,520 | | | |
| La15a | 493,157 | | 11 | | 2.0 | 39,453 | | 35,507 | | 35,507 | | | |
| La15b | 413,636 | | 9 | | 2.0 | 33,091 | | 29,782 | | | | 29,782 | |
| La16a | 548,993 | | 13 | | 2.0 | 43,919 | | 39,527 | | 39,527 | | | |
| La16b | 753,849 | | 17 | | 2.0 | 60,308 | | 54,277 | | | | 54,277 | |
| La17 | 795,939 | | 18 | | 2.0 | 63,675 | | 57,308 | | | | 57,308 | |
| La18 | 784,713 | | 18 | | 2.0 | 62,777 | | 56,499 | | | | 56,499 | |
| La19 | 5,916,054 | | 136 | | 1.5 | 354,963 | | 319,467 | | | | 319,467 | |
| La20 | 1,277,864 | | 29 | | 1.5 | 76,672 | | 69,005 | | | | 69,005 | |
| La21 | 5,165,980 | | 119 | | 1.5 | 309,959 | | 278,963 | | | | 278,963 | |
| La22 | 397,422 | | 9 | | 2.0 | 31,794 | | 28,614 | | | | | |
| La23 | 265,661 | | 6 | | 2.0 | 21,253 | | 19,128 | | | | | |
| La24 | | 6,491,915 | | 149 | 3.8 | | 995,427 | | 497,713 | | | | 497,713 |
| La25a | | 5,561,288 | | 128 | 3.8 | | 852,731 | | 426,365 | | 426,365 | | |
| La25b | | 4,353,468 | | 100 | 3.8 | | 667,532 | | 333,766 | | | | |
| La26 | | 1,234,213 | | 28 | 4.2 | | 205,702 | | 102,851 | | | | |
| La27 | | 927,225 | | 21 | 4.2 | | 154,538 | | 77,269 | | | | |
| La28 | | 2,164,174 | | 50 | 4.2 | | 360,696 | | 180,348 | | | | |
| La29 | | 3,221,667 | | 74 | 4.2 | | out side of property | | | | | | |
| **Total Lantana** | | | **778** | **550** | | **2,030,348** | **3,236,625** | **1,827,313** | **1,618,312** | **694,349** | **426,365** | **1,085,222** | **497,713** |

### Sewanee Seam

| Map | Area (sq feet) | | Area (acres) | | Coal | In-Place Resources (tons) | | Recoverable Reserves (tons) | | Rock Creek Watershed Boundary (tons) | | After Watershed Removal (tons) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Surface | Underground | Surface | Underground | Thickness | Surface | Underground | Surface | Underground | Surface | Underground | Surface | Underground |
| Se1 | 52,031,542 | | 1,194 | | 2.1 | 4,387,993 | | 3,949,194 | | 3,949,194 | | | |
| Se2a | 955,195 | | 22 | | 2.1 | 80,555 | | 72,499 | | | | | |
| Se2b | 6,643,465 | | 153 | | 2.1 | 560,266 | | 504,239 | | 504,239 | | | |
| Se2c | 937,175 | | 22 | | 2.1 | 79,035 | | 71,132 | | | | | |
| Se2d | 76,679 | | 2 | | 2.1 | 6,467 | | 5,820 | | | | | |
| Se3 | 6,794,145 | | 156 | | 2.1 | 572,973 | | 515,676 | | 515,676 | | | |
| Se4 | 3,566,584 | | 82 | | 2.1 | 300,782 | | 270,704 | | 270,704 | | | |
| Se5 | 1,373,861 | | 32 | | 2.1 | 115,862 | | 104,276 | | 104,276 | | | |
| Se6a | 580,154 | | 13 | | 2.1 | 48,926 | | 44,034 | | 44,034 | | | |
| Se6b | 1,563,819 | | 36 | | 2.1 | 131,882 | | 118,694 | | | | | |
| Se6c | 1,716,111 | | 39 | | 2.1 | 144,725 | | 130,253 | | | | | |
| **Total Sewanee** | | | **1,750** | | | **6,429,466** | | **5,786,519** | | **5,388,122** | | **-** | **-** |

# Wharton Property
## Sale Creek, TN

### Richland Seam

| Map | Area (sq feet) | | Area (acres) | | Coal | In-Place Resources (tons) | | Recoverable Reserves (tons) | | Rock Creek Watershed Boundary (tons) | | After Watershed Removal (tons) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Surface | Underground | Surface | Underground | Thickness | Surface | Underground | Surface | Underground | Surface | Underground | Surface | Underground |
| Ri1 | 742,742 | | 17 | | 3.0 | 89,129 | | 80,216 | | | | 80,216 | |
| Ri2 | 743,590 | | 17 | | 3.0 | 89,231 | | 80,308 | | | | 80,308 | |
| Ri3 | 762,852 | | 18 | | 3.0 | 91,542 | | 82,388 | | | | 82,388 | |
| Ri4 | 839,570 | | 19 | | 3.0 | 100,748 | | 90,674 | | | | 90,674 | |
| Ri5 | 417,894 | | 10 | | 3.0 | 50,147 | | 45,133 | | | | 45,133 | |
| Ri6 | 1,435,576 | | 33 | | 3.0 | 172,269 | | 155,042 | | | | 155,042 | |
| Ri7 | 4,223,331 | | 97 | | 3.0 | 506,800 | | 456,120 | | 456,120 | | | |
| Ri8a | 1,182,604 | | 27 | | 3.0 | 141,913 | | 127,721 | | 127,721 | | | |
| Ri8b | 232,348 | | 5 | | 3.0 | 27,882 | | 25,094 | | 25,094 | | | |
| Ri9 | 1,058,234 | | 24 | | 3.0 | 126,988 | | 114,289 | | 114,289 | | | |
| Ri10 | 453,284 | | 10 | | 3.0 | 54,394 | | 48,955 | | 48,955 | | | |
| Ri11 | 849,515 | | 20 | | 3.0 | 101,942 | | 91,748 | | 91,748 | | | |
| Ri12a | 490,784 | | 11 | | 2.0 | 39,263 | | 35,336 | | 35,336 | | | |
| Ri12b | 218,953 | | 5 | | 2.0 | 17,516 | | 15,765 | | 15,765 | | | |
| Ri12c | 126,213 | | 3 | | 2.0 | 10,097 | | 9,087 | | 9,087 | | | |
| Ri13 | 1,330,599 | | 31 | | 2.0 | 106,448 | | 95,803 | | 95,803 | | | |
| Ri14 | 2,349,511 | | 54 | | 2.0 | 187,961 | | 169,165 | | 169,165 | | | |
| Ri15 | 1,208,073 | | 28 | | 2.0 | 96,646 | | 86,981 | | 86,981 | | | |
| Ri16 | 1,858,132 | | 43 | | 3.0 | 222,976 | | 200,678 | | 200,678 | | | |
| Ri17 | 1,031,585 | | 24 | | 3.0 | 123,790 | | 111,411 | | 111,411 | | | |
| Ri18 | 2,198,774 | | 50 | | 3.0 | 263,853 | | 237,468 | | | | 237,468 | |
| Ri19 | 1,158,025 | | 27 | | 3.0 | 138,963 | | 125,067 | | | | 125,067 | |
| Ri20 | 1,130,572 | | 26 | | 3.0 | 135,669 | | 122,102 | | | | 122,102 | |
| Ri21 | 2,864,680 | | 66 | | 3.0 | 343,762 | | 309,385 | | | | 309,385 | |
| Ri22 | 1,148,897 | | 26 | | 3.0 | 137,868 | | 124,081 | | | | 124,081 | |
| Ri23 | 1,549,591 | | 36 | | 3.0 | 185,951 | | 167,356 | | | | 167,356 | |
| Ri24 | 1,139,171 | | 26 | | 3.0 | 136,700 | | 123,030 | | | | 123,030 | |
| Ri25 | 244,466 | | 6 | | 3.0 | 29,336 | | 26,402 | | | | | |
| Ri26a | 175,889 | | 4 | | 3.0 | 21,107 | | 18,996 | | | | | |
| Ri26b | 2,565,153 | | 59 | | 3.0 | 307,818 | | 277,036 | | 277,036 | | | |
| Ri27a | 1,339,555 | | 31 | | 3.0 | 160,747 | | 144,672 | | 144,672 | | | |
| Ri27b | 722,189 | | 17 | | 3.0 | 86,663 | | 77,996 | | | | | |
| Ri27c | 261,261 | | 6 | | 3.0 | 31,351 | | 28,216 | | | | | |
| Ri27d | 99,053 | | 2 | | 3.0 | 11,886 | | 10,698 | | | | | |
| Ri28a | 8,253,745 | | 189 | | 3.0 | 990,449 | | 891,404 | | 891,404 | | | |
| Ri28b | 485,147 | | 11 | | 3.0 | 58,218 | | 52,396 | | | | | |
| Ri29a | | 8,885,682 | | 204 | 3.0 | | 1,066,282 | | 533,141 | | | | |
| Ri29b | | 21,122,607 | | 485 | 3.0 | | 2,534,713 | | 1,267,356 | | 1,267,356 | | |
| Ri30a | | 11,137,184 | | 256 | 3.0 | | 1,336,462 | | 668,231 | | 668,231 | | |
| Ri30b | | 1,213,734 | | 28 | 3.0 | | 145,648 | | 72,824 | | | | |
| Ri31 | | 11,429,321 | | 262 | 3.0 | | 1,371,518 | | 685,759 | | 685,759 | | |
| Ri32 | | 16,853,668 | | 387 | 3.0 | | 2,022,440 | | 1,011,220 | | 1,011,220 | | |
| Ri33 | | 10,332,647 | | 237 | 3.0 | | 1,239,918 | | 619,959 | | 619,959 | | |
| Ri34a | | 49,875,668 | | 1,145 | 3.0 | | 5,985,080 | | 2,992,540 | | 2,992,540 | | |
| Ri34b | | 95,895,870 | | 2,201 | 3.0 | | 11,507,504 | | 5,753,752 | | | | 5,753,752 |
| Ri35 | | 27,298,040 | | 627 | 3.0 | | 3,275,765 | | 1,637,882 | | 1,637,882 | | |
| Ri36a | | out side of property | | | | | | | | | | | |
| Ri36b | | out side of property | | | | | | | | | | | |
| Ri37 | | 100,929,268 | | 2,317 | 3.0 | | 12,111,512 | | 6,055,756 | | | | 6,055,756 |
| Ri38 | | 7,180,633 | | 165 | 2.3 | | 646,257 | | 323,128 | | | | 323,128 |
| Ri39 | | 4,592,962 | | 105 | 2.3 | | 413,367 | | 206,683 | | | | 206,683 |
| Ri40 | | 8,279,950 | | 190 | 2.3 | | 745,196 | | 372,598 | | 372,598 | | |
| Ri41 | | 2,965,522 | | 68 | 2.3 | | 266,897 | | 133,448 | | | | |
| Ri42 | | 3,621,331 | | 83 | 2.3 | | 325,920 | | 162,960 | | 162,960 | | |
| Ri43 | | 599,407 | | 14 | 2.3 | | 53,947 | | 26,973 | | 26,973 | | |
| Ri44 | | 4,190,541 | | 96 | 2.3 | | 377,149 | | 188,574 | | 188,574 | | |
| Ri45 | | 5,301,702 | | 122 | 2.3 | | 477,153 | | 238,577 | | 238,577 | | |
| Ri46 | | 8,926,071 | | 205 | 2.3 | | 803,346 | | 401,673 | | | | 401,673 |
| Ri47 | | out side of property | | | | | | | | | | | |
| Ri48 | | 4,407,811 | | 101 | 2.0 | | 352,625 | | 176,312 | | 176,312 | | |
| Ri49 | | 8,407,756 | | 193 | 3.0 | | 1,008,931 | | 504,465 | | | | |
| Ri50 | | 50,133,336 | | 1,151 | 3.0 | | 6,016,000 | | 3,008,000 | | 3,008,000 | | |
| Ri51 | | out side of property | | | | | | | | | | | |
| Ri52 | | out side of property | | | | | | | | | | | |
| Ri53 | | out side of property | | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Richland** | **1,076** | **10,642** | **5,398,021** | **54,083,629** | **4,858,219** | **27,041,815** | **2,901,266** | **13,056,943** | **1,742,249** | **12,740,993** |

## Nelson Seam

| Map | Area (sq feet) | | Area (acres) | | Coal | In-Place Resources (tons) | | Recoverable Reserves (tons) | | Rock Creek Watershed Boundary (tons) | | After Watershed Removal (tons) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Surface | Underground | Surface | Underground | Thickness | Surface | Underground | Surface | Underground | Surface | Underground | Surface | Underground |
| Ne1 | | 36,482,957 | | 838 | 3.0 | | 4,377,955 | | 2,188,977 | | | | 2,188,977 |
| Ne2a | | 1,086,538 | | 25 | 3.0 | | out side of property | | | | | | |
| Ne2b | | 30,865,886 | | 709 | 3.0 | | 3,703,906 | | 1,851,953 | | | | 1,851,953 |
| Ne2c | | 145,127 | | 3 | 3.0 | | out side of property | | | | | | |
| Ne2d | | 513,650 | | 12 | 3.0 | | 61,638 | | 30,819 | | | | |
| Ne2e | | 101,556,646 | | 2,331 | 3.0 | | 12,186,798 | | 6,093,399 | | | | 6,093,399 |
| Ne2f | | 1,803,175 | | 41 | 3.0 | | out side of property | | | | | | |
| Ne2g | | 443,490 | | 10 | 3.0 | | out side of property | | | | | | |
| Ne 2h | | 253,876,076 | | 5,828 | 3.0 | | 30,465,129 | | 15,232,565 | | 15,232,565 | | |
| Ne2i | | 13,855,854 | | 318 | 1.9 | | 1,062,282 | | 531,141 | | 531,141 | | |
| Ne2j | | property not controlled | | | 3.0 | | | | | | | | |
| Ne2k | | 2,028,136 | | 47 | 3.0 | | 243,376 | | 121,688 | | | | |
| Ne3a | | 74,562,452 | | 1,712 | 1.9 | | 5,716,455 | | 2,858,227 | | | | |
| Ne3b | | 37,480,570 | | 860 | 1.9 | | 2,873,510 | | 1,436,755 | | 1,436,755 | | |
| Ne3c | | 81,944,968 | | 1,881 | 1.9 | | 6,282,448 | | 3,141,224 | | | | 3,141,224 |
| Ne4 | 2,870,715 | | | | 3.0 | 344,486 | | 310,037 | | | | 310,037 | |
| Ne5a | 234,275 | | | | 3.0 | 28,113 | | 25,302 | | 25,302 | | | |
| Ne5b | 410,532 | | | | 3.0 | 49,264 | | 44,337 | | | | 44,337 | |
| Ne6 | 854,410 | | | | 3.0 | 102,529 | | 92,276 | | | | 92,276 | |
| Ne7 | 1,569,866 | | | | 3.0 | 188,384 | | 169,545 | | | | 169,545 | |
| Ne8 | 1,126,455 | | | | 3.0 | 135,175 | | 121,657 | | | | 121,657 | |
| Ne9 | 690,545 | | | | 3.0 | 82,865 | | 74,579 | | | | 74,579 | |
| Ne10 | 477,483 | | | | 3.0 | 57,298 | | 51,568 | | | | 51,568 | |
| Ne11 | 992,691 | | | | 3.0 | 119,123 | | 107,211 | | | | 107,211 | |
| **Total Nelson** | | | - | **14,615** | | **1,107,237** | **66,973,497** | **996,513** | **33,486,748** | **25,302** | **17,200,461** | **971,211** | **13,275,553** |

| Reserve Summary | Area (acres) | | Coal | In-Place Resources (tons) | | Recoverable Reserves (tons) | | Rock Creek Watershed Boundary (tons) | | After Watershed Removal (tons) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Surface | Underground | Thickness | Surface | Underground | Surface | Underground | Surface | Underground | Surface | Underground |
| Total Morgan Springs & Richey Ridge | 1,462 | 974 | | 4,706,546 | 5,092,426 | 4,235,892 | 2,546,213 | 1,811,415 | 749,267 | 2,418,097 | 1,796,946 |
| Total Lantana | 778 | 550 | | 2,030,348 | 3,236,625 | 1,827,313 | 1,618,312 | 694,349 | 426,365 | 1,085,222 | 497,713 |
| Total Sewanee | 1,750 | - | - | 6,429,466 | - | 5,786,519 | - | 5,388,122 | - | - | - |
| Total Richland | 1,076 | 10,642 | - | 5,398,021 | 54,083,629 | 4,858,219 | 27,041,815 | 2,901,266 | 13,056,943 | 1,742,249 | 12,740,993 |
| Total Nelson | 14,615 | 14,615 | - | 1,107,237 | 66,973,497 | 996,513 | 33,486,748 | 25,302 | 17,200,461 | 971,211 | 13,275,553 |
| **Total reserves** | **19,682** | **26,782** | | **19,671,618** | **129,386,178** | **17,704,456** | **64,693,089** | **10,820,454** | **31,433,036** | **6,216,778** | **28,311,206** |