# In the United States Court of Federal Claims

**No. 03-178 L**

**BENCHMARK RESOURCES CORPORATION, A COLORADO CORPORATION; GENTRY CORPORATION, A COLORADO CORPORATION; AND SUNRISE HOLDING INC., A DELAWARE CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed November 22, 2006, granting defendant's motion to dismiss with respect to all plaintiffs for failure to exhaust administrative remedies, and granting defendant's motion to dismiss regarding plaintiff Sunrise Holding, Inc., for failure to file a claim within the statute of limitations,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the amended complaint of Benchmark Resources Corporation and Gentry Corporation is dismissed for lack of subject matter jurisdiction, on the ground of ripeness, without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the amended complaint of Sunrise Holding Inc., f/k/a Santiago Ltd., is dismissed without prejudice for lack of subject matter jurisdiction based on a failure to satisfy the applicable statute of limitations.

Brian Bishop
Clerk of Court

**November 27, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.